# FIFTH DISTRICT COURT OF APPEAL
## STATE OF FLORIDA

_____

Case No. 5D2025-2163
LT Case No. 05-2024-CA-56074

_____

NATHAN BARNETT and CHRISTY
BARNETT,

    Appellants,

    v.

BREVARD COUNTY, a Political
Subdivision of State of Florida,

    Appellee.

_____

Nonfinal appeal from the Circuit Court for Brevard County.
Scott Allen Blaue, Judge.

W. Nathan Meloon and Scott Widerman, of Widerman Malek
P.L., Melbourne, for Appellants.

Morris Richardson and Alexander L.J. Esseesse, of Office of the
County Attorney, Viera, for Appellee.

May 5, 2026

PER CURIAM.

    AFFIRMED.

JAY, C.J., and EDWARDS and HARRIS, JJ., concur.

_____

*Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.*

_____